IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI NORTHERN DIVISION

Reginald Lacey                                                              Petitioner
  VS.
State Of Mississippi                                                        Respondent(s)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 26 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

3:22CV-278-KHJ-MTP

## COMPLAINT

Comes now Reginald Lacey, Petitioner, and files this his Complaint and would show unto this Honorable Court the following to wit:

### I. Previous Actions

Have you begun any other action(s) in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment ___ yes ✓ no. If your answer to the above question is yes describe the action in the space provided below. (If there are additional actions use a seperate sheet of paper for each additional action). A. Parties to the previous action: Petitioner(s) NONE Respondent(s) NONE B. Court: NONE C. Docket Number: NONE D. Name of Judge to whom the case was assigned: NONE E. Disposition of the case: NONE F. Date of filing of the action: NONE G. Date of Disposition NONE

### II. Place Of Confinement

Is there a prisoner grievance procedure in your institution? ✓ yes ___ no Did you present the facts relating to your complaint to the institutions grievance procedure? ✓ yes ___ no. If your answer was yes. A. What steps did you take? B. What was the result? NO RESPONSE. If there is no grievance procedure in the institution did you complain to prison authorites? ✓ yes ___ no If your answer was yes. A. What steps did you take? NONE B. What was the result? NONE.

### III. Parties to this Action

I, Reginald Lacey am the Petitioner in this Action and am housed at Raymond Detention Center 1450 County Farm Rd Raymond MS 39154.

# I.V.
## Statement of Claims

The following is a brief summary of the facts of the case (Describe how each respondent is involved including date, places, and names. Do not give legal arguments or cite any cases/statutes. If you intend to allege a number of related claims, number and set forth each claim in a seperate paragraph. As it reads I been unlawfully, knowingly, willfully, intentionally, Feloniously, improperly used for my Life, Property, Liberty! Of the United State Code Annotated, Title-18 U.S.C.A 2510 Definitions; 2. Title-18 U.S.C.A 2511 Interception and disclosure of wire, oral, or electronic communications prohibited. Eavesdropping-Wire Tapping 3. Title-18 U.S.C.A 2512 Manufacture, distribution, possession, and advertising of wire, oral, or electronic communication intercepting devices prohibited. 4. Title-18 U.S.C.A 2513 Confiscation of wire, oral, or electronic communication intercepting devices. 5. Title-18 U.S.C.A-2515 Prohibition of use as evidence of intercepted wire or oral communications 6. Title-18 U.S.C.A-2516 Authorization for interception of wire, oral or electronic communications. 7. Title-18 U.S.C.A-2517 Authorization for disclosure and use of intercepted wire, oral, or electronic communications. 8. Title-18 U.S.C.A-2518 Procedure for interception of wire, oral or electronic Communications 9. Title-18 U.S.C.A 2519 Reports concerning intercepted wire, oral, or electronic communications 10. Title-18 U.S.C.A 2520 Recovery of Civil damages authorized. 11. Title-18 U.S.C.A 2521 Injunction against illegal interceptions. 12. Title-18 U.S.C.A 2522 Enforcement of the Communications Assistance for Law Enforcement Act. 13. Title-18 U.S.C.A 2523 Executive agreements on access to data by foreign governments. I been unlawfully used since a child Aeronautical-Robot, Hydraulics, Bones, Private Financial gain Harmful Interferences including broken wrist bone (left) Spine lever and the Right side Skull Cancer Experiment, through age 36 and each prison (prison venue) Constitutional Rights and Rights are Violated. Humiliation, Cruel and Unusual Punishment, Unsafe Conditions, Long Suffering, Pain and Suffering, Equality, Life Endangerment Inhumane Treatment, Security, Identity Theft, and Signature Eavesdropping Discrimination, Freckle Discrimination, Medical Indifference, I will need Prison Medical Files, and all Medical Files from Jackson Mississippi. I'm requesting for a M.R.I. from Harmful Interferences and Neurologists for all damages from Baptist Hospital. Before prison and during prison; Audio, Amateur local band, Citizen Band, Mobile band, Method-Methodology, Specral Brain Spatrum usage, Human Science, Poly Science, Buttock shocks and currents. Transgender Method-Methodology, Homosexual Science. Cranium Technology, Mind Body Theory, Echo Communications. Tobbacco product (KAYAK chewing tobbacco) from Mississippi Department of Corrections Commissary Products. Purchase Tooth # number 19 was damaged completely out, pain and suffering, long suffering, Unsafe Conditions, Recovery and relief

Page 2.

compensation is requested. There was Aeronautical uses in prison, DOTS Telecommunications, Puppet Man, Mind Body, Frankenstein, Intercom, Buttocks Technology 1000, Acoustic Hydraulic, Acoustic Hardware, You TOO, Spy Guy Audio, Amateur, Private Financial Gain, POLYMER, that lead to Mental Health Counseling, psychologists counseling. Side effects from Harmful Interferences, Dementia, Hallucinations, Depression, Suicide precaution, Self-Mutilation. Medicine name(s) were Risperdone, Colgintan, Claxa, Heradol, Teradol, Mylan, Docaste, Biscadol Ducolax, Fluxetine, Risperdine, Thorazine, Benedryl, Prilosec. I had to do legal research for these statutes and Title violations (Title-18-U.S.C.A-2510-2523), I was not rewarded for Frankenstein, Mind Body, Technology 1000, Acoustic Hardware, Acoustic Hydraulic, You-TOO, POLYMER, Spy Guy, or Intercom, Private Financial Gain(s) Recovery Of Civil Damages for all pill recalls, and all Private Financial Gain(s). Each Sentence there were uses 6 month RID program, 2 year sentence, 10 year mandatory sentence, 1 year sentence, in the Mississippi Department Of Corrections, Raymond Detention Center uses (Advidia). Long Suffering and Pain and Suffering from Buttock shocks, Transgender phases and stages Eavesdropping, Wiretapping, Disclosure uses. Life Endangerment, Cruel and Unusual Punishment, Unsafe Conditions, Humiliation, Fraud Coercion and Constitutional Rights and Rights violations, Child abuse (Harmful Interferences left wrist bone and Spine. Freckle Discrimination has been a issue in Hinds County, Expungent of Records is requested for Security. An I.R.S. checkpoint is requested for Stolen Tax Refunds due to incarceration, all benefits for a Citizen is requested. Mississippi Department Employment Services (M.D.E.S.) due to incarceration all Refunds have been stolen. Recovery is requested, and all benefits for a Citizen. Jason Deli was My last place I was employed, Unclaimed payments since September 20, 2020. Counter Pro Tips, Atos, Five Eyes, Echleon Science, Prism Technologies, request for all Telecommunications Recovery Private Financial Gain, Fraud Coercion. Fusion is requested and for the Death of Micheal Norwood at M.S.P. prison. Security Threat Group is needed. Freckle Face Discrimination. It's been cerebal palsy and paralysis methods, from the Special Brain Spectrum.

V.

### Relief Sought

Petitioner respectfully request that this Court (Briefly state what you are asking this court to do for you. Each statute reads that the Attorney General, Inspector General, Assistant Attorney General, Deputy General is responsible for the investigation and Procedure of these United State Code Statutes Title-18 U.S.C.A 2516-2523 Delay Notice Title-18 U.S.C.A 2705. Brain, Heart (Behind the Heart) Bladder, Spine, Intestines, Liver, All Bones, Buttocks, Skull, Teeth, Eyes, an Emergency MRI requested for Harmful Interferences.

Page 3.

Title-18 U.S.C.A 2520 Recovery Of Civil Damages I request for $1,550,000 14th Amendment Life Review, M.R.I. from Harmful Interferences Neurologist checkpoint at Baptist Hospital and there Science Department Recovery from Identity Theft and Signature, and cease all Conspiratorial Activities and Full Body Encryption. Liberty release is requested.

Title-18 U.S.C.A 2522 Enforcement of the Communications Assistance for Law Enforcement Act. I will need an Expunged Record, I will need my Security. I request for $10,000 - 12 times as it reads in this statute. And a Driver License Renewal for Fraud. $120,000 -- Automobile Auction License, Federal Automobile and Housing Auction License; Pro Bass Fishing and Hunting License, Medical Marijuana License.

I.R.S 100W Captiol Street Jackson Ms 39269, Recovery requested for Stolen Tax Refunds due to incarceration, year 2019, 2020, 2021 and other listed benefits are requested. M.D.E.S. Echleon Parkway Jackson Ms, 39206, Recovery requested for Stolen benefits, Employment benefits and other listed benefits. And Recovery requested for Stolen-PayRoll-Payments from Jason's Deli since September 20, 2022 due to incarceration, and ~~better~~ Cell phone 601-918-8659. GiftOf Life Charity Grants and Science Charity Grants requested for Life, Pain and Suffering.

State Of Mississippi
County Of Raymond

Personally Appeared Before Me the undersigned authority in and for said jurisdiction, the within named Petitioner who after first being by me duly sworn, stated on oath that the statements set forth in the above and foregoing are true and correct as therein stated.

SWORN TO AND SUBSCRIBED before me, this the 24 day of May 2022

Page 4.

Cyber Bands - Baptist Hospital Science Department - Mind Hobby - Golden Eagle - Poly Plasma - Houdini - Bio Body - Loom - Acoustic Acoustic Hydraulics - A-AM - Acoustic Acoustic Liberty - Barbarian Frankenstein - Frankenstein Advance - Sense Advance - VOLUME - Cherry Bombs - Hearing Com Advance - Haskins - Interegator Gold - DOTS DOTS DOTS - LOUD - Farrow Jaws and Tongue - Bio Greenfield - TriPod Eavesdropping - Poly Eagle - Intercom - Echo Communications - Poly Sounds - POLY - EQUALIZER - Puppet Man - BRAIN - Technology Tech - POLY POLY - Technology 1000 - Sound Sense Spine - Method Man 1000 - BONES - Spy Guy - Kinetic Newton Cosmic - Soundless Sounds - PRISM - WishBone Wizard - Symphony - XLOPHONE MAN - ZOOM ZOOM - LOOM - Cyber Cyber Virtual Sounds - Module Module - Graphics - CyberWorld - Telecommunications Audio Pipers - Eagle - Cerebulum - DoctorRx - Poly Sounds and Jokes Acoustic Acoustic Commedian - R.A.T - Globb Speaker - THEORY - SUPERMAN - QUEEN - ALIEN - MINDBOT - Signature - CURSOR - Monster - Speaker - BUTTOCKS - HOPE - LOOM LOOM - SCIENCE - FRECKLES - CYBER SCIENCE - CANCER EXPERIMENTS - Skeleton - Cyber Spine - PULSE LIBERTY - Cyber Sex - WORLDCOM - FRONT ENTERTAINMENT - POLYMER - Purple Tongue - Acoustic Hardware - America Sounds - Expressions - Aeronautical - Science Fondation - Vibrations - TAP TAP TAP - ACE MICROBES - JOKES JOKES JOKES - Phase and Stage - SENSOR - Spy Spine Sculptures - Greenleaf - SLEEP - LUKEWORM - Tel-lex Communication - Photo Optical - 2you TOO - Special Brain Spectrum - Evergreen - Cranium Tech - Quantilla - VISA - INMATE Tech - POWER TONGUE NEUROLOGIST - Marijuana - METHODS - Sound Tech - SOUND WORLD DOTS - Bio Tech

PRISONS I WAS USED AT  Central Mississippi Correctional Facility - South Mississippi Correctional Insitution - East Mississippi Correctional Facility - Marshal County Correctional Facility - Mississippi State Pennitentary - Carroll County Correctional Facility - Walnut Grove Correctional Facility - Raymond Detention Center - Madison County Detention Center -

Audio - Amateur - and Private Financial Gain Programs

STATE OF MISSISSIPPI

COUNTY OF Raymond

# AFFIDAVIT

PERSONALLY, appeared before me the undersigned authority in and for the aforesaid jurisdiction, being duly sworn by me does depose and state the following:

I, Reginald Lacey, do hereby state that the following is true and correct to the best of my belief and knowledge.

I been unlawfully, knowingly, willfully, intentionally, used in this Title and statute of the United States Code Annotated Title-18 U.S.C.A-2510-2523. I will need a complaint review, life review (4th Amendment) from the Attorney General, Inspector General, Assistant Attorney General, Deputy General. Title-18 United State Code Annotated-2520 (Recovery of Civil Damages) Title-18-United States Code Annotated-2522 (Enforcement Act) a full investigation and recovery is requested from each of the following. Pain and Suffering, Humiliation, Cruel and Unusual punishment, Unsafe Conditions, Long Suffering Equality, Life Endangerment, Medical Indifference, Identity Theft, Eavesdropping, Discrimination, Citizen Indifference Fraud, Security, Technical Assistance and Mechnical Assistance Emergency Assistance is requested.) Upon the request of a person whose identifying information was appropriated, the Attorney General may provide assistance to the victim in obtaining information to correct inaccuracies or errors in the person's credit report or other identifying information, however, no legal representation shall be afforded such person by the office of the Attorney General. Constitutional Rights and Rights violations and Delay Notice Title-18 U.S.C.A-2705.

SIGNED, this the 24 day of May, 2022.

Reginald Lacey
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME, this the 24 day of May, 2022.

[Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 64969 STEPHANIE TOWERS Comm Expires Feb. 28, 2025 HINDS COUNTY]

Notary Public